UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-05646 FMO (GJSx) | Date | October 21, 2019 |
|---|---|---|---|
| Title | Brian Whitaker v. MGR Properties, LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Cheryl Wynn | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):
None Present  None Present

**Proceedings:** (In Chambers) Order Re: Service of Complaint

    Having reviewed the case file, and Plaintiff's Application for Court Order Authorizing Additional Time to Serve and Authorizing Service of the Summons and Complaint on Defendant MGR Properties, LLC, a California Limited Liability Company, by Delivery by Hand to the California Secretary of State (Dkt. 24, "Application"), the court concludes as follows.

    Plaintiff filed this action on June 28, 2019. (See Dkt 1, Complaint). On October 2, 2019, the court issued an Order to Show Cause due to plaintiff's failure to serve defendant MGR Properties, LLC ("MGR") within the 90 days provided by Federal Rule of Civil Procedure 4(m).[1] (See Dkt. 22, Court's Order of October 2, 2019). The court provided plaintiff until October 9, 2019, to respond. (See id.). Plaintiff now seeks an order granting additional time to serve MGR, as well as an order authorizing service via the California Secretary of State. (See Dkt. 24, Application).

    Rule 4 permits service upon an entity in a judicial district of the United States in a manner permitted under the law of the state where the district court is located. Fed. R. Civ. P. 4(h)(1)(A), (e)(1). Under California law, service on a limited liability company can be effected by serving the person designated as its agent for service of process. Cal. Corp. Code § 17701.16(b). California Corporations Code § 17701.16(c) provides for service via the California Secretary of State when "the designated agent cannot with reasonable diligence by found at the address designated for personal delivery of process, and it is shown by affidavit to the satisfaction of the court that process against a limited liability company . . . cannot be served with reasonable diligence upon the designated agent by hand" in other specified manners. Cal. Corp. Code § 17701.16(c). Upon such a showing, a court "may make an order that the service shall be made upon a domestic limited liability company . . . by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy[.]" Id. Service is "deemed complete on the 10th day after delivery of the process to the Secretary of State." Id.

---

[1] All further "Rule" references are to the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-05646 FMO (GJSx) | Date | October 21, 2019 |
|---|---|---|---|
| Title | Brian Whitaker v. MGR Properties, LLC, et al. | | |

    Here, the court finds that plaintiff's counsel has made a sufficient showing that he has exercised reasonable diligence in attempting to serve MGR by other means. (See Dkt. 24-2, Declaration of Dennis Price ("Price Decl.") at ¶¶ 8-11; Dkt. 24-5, Exhibit ("Exh.") 2 (Service Report)). Plaintiff's counsel represents that its process server attempted to serve MGR's agent for service of process multiple times at the addresses listed on the records of the California Secretary of State's Office. (See Dkt. 24-2, Price Decl. at ¶¶ 10-11; Dkt. 24-5, Exh. 2 (listing several attempts)). However, such attempts proved unsuccessful. (See id.). Plaintiff's counsel states that his office also mailed the notices of acknowledgment and receipt on August 5, 2019 to MGR at the two addresses associated with MGR, but no response has been received. (See Dkt. 24-2, Price Decl. at ¶ 14).

    Accordingly, IT IS ORDERED THAT:

    1. Plaintiff's Application **(Document No. 24)** is **granted**.

    2. Plaintiff shall serve the Summons and Complaint by hand on the California Secretary of State no later than **October 31, 2019**.

    3. No later than **November 4, 2019**, plaintiff shall file a Proof of Service.

    4. Plaintiff is admonished that no further requests for extensions of time to effect service will be considered. Failure to serve the Complaint and file a Proof of Service by the deadline set forth above shall result in the action against MGR being dismissed for failure to prosecute and comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

                                                                            Initials of Preparer      cw