## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER

PLAINTIFF(S)

v.

MGR PROPERTIES, LLC , et al.

DEFENDANT(S).

CASE NUMBER:

2:19–cv–05646–FMO–GJS

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  10/17/2019     /     25       /     Application for Order for Additional Time to Serve
*Date Filed*          *Doc. No.*          *Title of Document*
  __             /   __      /   __
*Date Filed*          *Doc. No.*          *Title of Document*

Other:
Duplicative; see [24].

Dated:  October 30, 2019          By:  /s/ *Fernando M. Olguin*
                                       U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)      ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)