CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Rd, Ste 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br>    Plaintiff, <br><br> v. <br><br> **MGR Properties, LLC**, a California Limited Liability Company; **The Van Nuys Group, Inc.**, a California Nonprofit Corporation, <br><br>    Defendants. | Case 2:19-cv-05646-FMO-GJS <br><br> **Plaintiff's Notice of Mootness of ADA Claim in Lieu of Filing Amended Complaint** |

On August 3, 2020, this Court declined to exercise supplemental jurisdiction over the California Unruh Civil Rights Act claim.[1] Additionally, this Court found that the complaint failed to sufficiently allege constitutional standing in order to give this Court jurisdiction, but gave leave to amend to cure those claimed deficiencies.[2]

However, since the filing of this complaint, the defendants have taken action at the subject property—installing a sign and buzzer system—in order to provide alternative access.[3] After consideration of the relevant factors,

---

[1] Docket Entry 41.

[2] Docket Entry 41.

[3] *See* the before and after photos attached to this notice.

plaintiff has agreed that this will serve as a suitable alternative accommodation under the ADA and, therefore, has no further claim for injunctive relief under the ADA, rendering the case moot.

Plaintiff agrees that this Court may dismiss what remains of the case (the ADA claim) as moot.

Dated: August 7, 2020                    CENTER FOR DISABILITY ACCESS

By: */s/ Russell Handy*
Russell Handy, Esq.
Attorneys for Plaintiff





