JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER,                         )    Case No. CV 19-5646 FMO (GJSx)
              Plaintiff,         )
                                   )
              v.                     )    **JUDGMENT**
                                   )
MGR PROPERTIES, LLC, et al.,            )
              Defendants.        )
_____  )

     Pursuant to the Court's Order Re: Notice of Mootness, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of August, 2020.


                                                             /s/
                                          Fernando M. Olguin
                                   United States District Judge